COZEN O'CONNOR
James F. Campise, Esq.
*Attorneys for Plaintiff, Fireman's Fund Insurance Company*
45 Broadway, 16th Floor
New York, New York 10006
(212) 509-9400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

FIREMAN'S FUND a/s/o NESTOR REYES, INC.

    Plaintiff,

-against-

AMERIJET INTERNATIONAL INC.,

    Defendants.
------------------------------------------------------X

Civil Action No.: 1:07-cv-08357-RJH

RULE 7.1 STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for FIREMAN'S FUND INSURANCE COMPANY as subrogee of Nester Reyes, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

**FIREMAN'S FUND INSURANCE COMPANY**

Dated: September 25, 2007
    New York, New York

                                              _____
                                              JAMES F. CAMPISE, ESQ.

NEWYORK_DOWNTOWN\256801\1 204238.000