MOUND COTTON WOLLAN & GREENGRASS
Francis A. Montbach, Esq.
Attorneys for Amerijet International, Inc.
One Battery Park Plaza
New York, NY   10004
(212) 804-4200
fmontbach@moundcotton.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------

FIREMAN'S FUND a/s/o NESTOR REYES,
INC.,

|                       |                         |
|-----------------------|-------------------------|
| Plaintiff,            | Index No.               |
|                       | 07 Civ 8357 (RJH)       |
| - against -           |                         |
| AMERIJET INTERNATIONAL, INC. | **RULE 7.1 DISCLOSURE STATEMENT** |
| Defendant             |                         |

-----------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant, Amerijet International, Inc., certifies that the following are the publicly held corporate parents, subsidiaries or affiliates of that party:

NONE

Dated:    New York, New York
          November 14, 2007

MOUND, COTTON, WOLLAN & GREENGRASS
Attorneys for Defendant,
Amerijet International, Inc.

By _____
     Francis A. Montbach (FAM9631)
     One Battery Park Plaza
     New York, NY   10004-1486
     (212) 804-4200
     fmontbach@moundcotton.com