COZEN O'CONNOR
James F. Campise, Esq.
*Attorneys for Plaintiff, Fireman's Fund Insurance Company*
45 Broadway, 16th Floor
New York, New York 10006
(212) 509-9400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

FIREMAN'S FUND a/s/o NESTOR REYES, INC.

    Plaintiff,

-against-

AMERIJET INTERNATIONAL INC.,

    Defendants.
-------------------------------------------------------X

Civil Action No.: 07-CV-8357

STIPULATION OF DISCONTINUANCE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties herein, whose names are indicated below, that whereas no party hereto is an infant or incompetent for whom a committee has been appointed, and that there are no persons not parties to this instant action who has an interest to the subject matter of this suit, that the above entitled action bearing caption FIREMAN'S FUNDS as subrogee of NESTOR REYES, INC. against AMERIJET INTERNATIONAL, INC. bearing Index No. 07-CV-08357 be and is hereby discontinued, with prejudice, against defendant, AMERIJET INTERNATIONAL, INC. without costs to either party as against the other.

**This stipulation may be filed without further notice with the Clerk of this Court.**

Dated: New York, New York
      December 12, 2007

| COZEN O'CONNOR | MOUND COTTON WOLLAN & GREENGRASS |
|---|---|
| *Attorneys for Plaintiffs,* *Fireman's Fund a/s/o Nestor Reyes, Inc.* | *Attorneys for Defendant,* *AMERIJET International* |
| By: James F. Campise, Esq. (JFC 3631) | By: Francis Montbach, Esq. (FM 9631) |

1/16/08                                                    Loretta A. Preska